CHRISTOPHER A. NEDEAU (CA SBN 81297)
CARL L. BLUMENSTEIN (CA SBN 124158)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:    (415) 398-3600
Facsimile:    (415) 398-2438
cnedeau@nossaman.com
cblumenstein@nossaman.com

Attorneys for Defendants
AU Optronics Corporation and
AU Optronics Corporation America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI MDL No. 1827 |
| THIS DOCUMENT RELATES TO: | **STIPULATION AND [PROPOSED] RECOMMENDATION AND ORDER REGARDING AUO PROPOSED EXPERT WITNESSES** |
| *AT&T Mobility LLC et al v. AU Optronics Corporation, et al.*, Case No. 09-cv-4997 | |
| *Best Buy Co., Inc., et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-4572 | |
| *Costco Wholesale Corporation v. AU Optronics Corporation, et al.*, Case No. 11-cv-0058 | |
| *Dell Inc. et al. v. Sharp Corporation, et al.*, Case No. 10-cv-1064 | |
| *Eastman Kodak Company v. Epson Imaging Devices Corporation, et al.*, Case No. 10-cv-5452 | |
| *Electrograph Systems, Inc., et al. v. Epson Imaging Devices Corp., et al.*, Case No. 10-cv-0117 | |
| *Motorola, Inc. v. AU Optronics Corporation, et al.*, Case No. 09-cv-5840 | |

(continued on next page)

264071_2.DOC                                   - 1 -

1    *Target Corp. et al. v. AU Optronics*
2    *Corporation, et al.,* Case No. 10-cv-4945

3    *TracFone Wireless, Inc. v. AU Optronics*
     *Corporation, et al.,* Case No. 10-cv-3205

4    *State of Missouri, et al. v. AU Optronics*
     *Corporation, et al.,* Case No. 10-cv-3619

5
     *State of Florida v. AU Optronics Corporation,*
6    *et al.,* Case No. 10-cv-3517

7

8         The undersigned Direct Action Plaintiffs and State Attorney Generals ("Plaintiffs") and

9    Defendants AU Optronics Corporation and AU Optronics Corporation America (collectively,

10   "AUO") hereby stipulate as follows:

11        WHEREAS AUO intends to call certain expert witnesses to testify in its defense in the

12   action entitled *United States v. AU Optronics Corp., et al.,* Case No. CR-09-0110 (SI) (hereafter

13   "the Criminal Case") and seeks to call some of those same expert witnesses (hereafter "Proposed

14   Expert Witnesses"), or some of them, to testify in the above-captioned actions;

15        WHEREAS the parties seek to make mutually agreeable and orderly arrangements for

16   discovery of the Proposed Expert Witnesses and their proposed testimony, such arrangements to

17   be scheduled later than the deadlines set forth in the Order re: Pretrial and Trial Schedule (Dkt.

18   2165) and the Stipulation and Order Modifying Pretrial Schedule for "Track One" Direct Action

19   Plaintiff and State Attorney General Cases, filed July 14, 2011 (Dkt. No. 3110);

20        WHEREAS, AUO on November 3, 2011 disclosed the Proposed Expert Witnesses,

21   among others, on whose expert testimony it intends to rely in the above-captioned actions;

22        NOW, THEREFORE, Plaintiffs and AUO, through their undersigned liaison counsel and

23   counsel, stipulate and request that the Special Master recommend as follows:

24        1.    This Stipulated Recommendation and Order pertains only to proposed experts

25   Dayle Carlson, Dr. Thomas Gold, Dr. Doug Guthrie, Dr. Robert Hall, Dr. Larry Samuelson, Dr.

26   Richard Schmalensee and Ross Young (hereafter, "Proposed Expert Witnesses"). Within 60

27   days after the Proposed Expert Witness testifies in the Criminal Case (or within 60 days after the

28   Court enters an order excluding the testimony), and so long as the Plaintiffs' experts have

1    already disclosed their reports, AUO will produce the expert's Rule 26 civil disclosures to

2    Plaintiffs in accordance with the Federal Rules and this Court's prior orders governing expert

3    disclosures. So long as Plaintiffs' experts have already given depositions, depositions of the

4    Proposed Expert Witnesses will be scheduled in San Francisco within 45 days after the reports

5    are produced, unless Plaintiffs determine in their sole discretion that a later date would be more

6    appropriate.

7         2.       Plaintiffs shall designate rebuttal experts, if any, and produce their Rule 26

8    disclosures within six weeks after the report of each Proposed Expert Witness is received, but in

9    any event no later than 14 days before trial. Plaintiffs need not duplicate material already

10    disclosed in prior reports or depositions given by their experts; all prior reports and deposition

11    testimony of Plaintiffs' experts shall be deemed offered in rebuttal of AUO's Proposed Expert

12    Witnesses to the extent they are relevant. Irrespective of whether the Plaintiffs' experts produce

13    any new reports in response to the reports of the Proposed Expert Witnesses, Plaintiffs' experts

14    can offer testimony at trial critiquing AUO's experts and their analysis. If the Plaintiffs rely on

15    new experts, those experts shall produce reports and shall be deposed.

16         3.       With regard to the reports and depositions anticipated by Paragraphs 1 and 2, the

17    parties will meet and confer in good faith an effort to expedite the process, including

18    consideration of whether certain reports or depositions can be eliminated. Both parties will

19    cooperate informally in providing information about the underlying data and analyses used in the

20    reports.

21         4.       Unless explicitly stated, nothing in this Stipulation and Order is intended to

22    modify any other Order of the Court or the Special Master, including without limitation the

23    Order re: Pretrial and Trial Schedule filed Nov. 23, 2010 (Dkt. no. 2165 and 2165-1), nor does

24    this Order prevent any party from seeking further modifications to that or any other Order.

25    ///

26    ///

27    ///

28

1

2    Dated:  November 17, 2011                NOSSAMAN LLP

3                                            By:    /s/ Carl L. Blumenstein
                                                     Carl L. Blumenstein
4                                            Attorneys for Defendants
                                             AU Optronics Corporation and
5                                            AU Optronics Corporation America

6    Dated:  November 17, 2011                CROWELL & MORING LLP

7                                            By:    /s/ Jerome Murphy
8                                                    Jerome Murphy
                                             Liaison Counsel for Direct Action Plaintiffs
9

10   Dated:  November 17, 2011                STATE OF FLORIDA

11                                           By:    /s/  Lizabeth Brady
                                                     Lizabeth Brady
12                                           Office of the Attorney General, State of Florida
                                             PL-0 1, The Capitol
13                                           Tallahassee, FL  32399-1050
                                             Counsel for Plaintiff State of Florida
14

15   Dated:  November 17, 2011                STATE OF MISSOURI

16                                           By:    /s/  Anne E. Schneider
                                                     Anne E. Schneider
17                                           Assistant Attorney General/Antitrust Counsel
                                             Missouri Attorney General Office
18                                           P. O. Box 899
                                             Jefferson City, MO  65102
19                                           Counsel for Plaintiff State of Missouri

20   Dated:  November 17, 2011                STATE OF ARKANSAS

21                                           By:    /s/  David A. Curran
                                                     David A. Curran
22                                           Assistant Attorney General
                                             Arkansas Attorney General Office
23                                           323 Center Street, Suite 500
                                             Little Rock, AR  72201
24                                           Counsel for Plaintiff State of Arkansas

25

26                                           (Signatures continued on next page)

27

28

264071_2.DOC                        - 4 -                Case No. 3:07-md-1827 SI
                                                         MDL No. 1827
STIPULATION AND [PROPOSED] RECOMMENDATION AND ORDER REGARDING AUO PROPOSED EXPERT WITNESSES

1   Dated:  November 17, 2011          STATE OF MICHIGAN

2                                       By:    /s/  M. Elizabeth Lippitt
                                                 M. Elizabeth Lippitt
3                                       Assistant Attorney General
                                        Michigan Attorney General Office
4                                       Corporate Oversight Division
                                        525 West Ottawa Street, 6th Floor
5                                       Lansing, MI  48933
                                        Counsel for Plaintiff State of Michigan
6

7   Dated:  November 17, 2011          STATE OF WEST VIRGINIA

8                                       By:    /s/  Douglas L. Davis
                                                 Douglas L. Davis
9                                       Assistant Attorney General
                                        West Virginia Attorney General Office
10                                      812 Quarrier Street, First Floor
                                        Charleston, WV  25301
11                                      Counsel for Plaintiff State of West Virginia

12

13  Dated:  November 17, 2011          STATE OF WISCONSIN

14                                      By:    /s/  Gwendolyn J. Cooley
                                                 Gwendolyn J. Cooley
15                                      Assistant Attorney General
                                        Wisconsin Department of Justice
16                                      PO Box 7857
                                        Madison, WI 53707
17                                      Counsel for Plaintiff State of Wisconsin

18          Attestation:  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in

19  the filing of this document has been obtained from each of the signatories.

20          IT IS SO RECOMMENDED.

21
    Dated:  _____11/01/11_____

22                                      Martin Quinn
                                        Special Master
23

24          IT IS SO ORDERED.

25  Dated:  _____11/22/11_____

26                                      The Honorable Susan Illston
                                        United States District Judge
27

28

                                                    Case No. 3:07-md-1827 SI
    264071_2.DOC              - 5 -                  MDL No. 1827
    STIPULATION AND [PROPOSED] RECOMMENDATION AND ORDER REGARDING AUO PROPOSED EXPERT WITNESSES