Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jhoward@crowell.com
       jmurphy@crowell.com

Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
Nathanial J. Wood (CA Bar No. 223547)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-622-4750
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       jstokes@crowell.com

*Liaison Counsel for Undersigned Direct Action Plaintiffs*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Best Buy Co., Inc., et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-04572 SI<br><br>*Electrograph Systems, Inc., et al. v. Epson Imaging Devices Corporation, et al.*, Case No. 10-cv-00117 SI<br><br>*Target Corp., et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-04945 SI<br><br>*Alfred H. Siegel, As Trustee of the Circuit City Stores, Inc. Liquidating Trust v. AU Optronics Corporation, et al.*, Case No. 10-cv05625 SI | Master Docket No. 07-m-1827 SI<br><br>MDL No. 1827<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER REGARDING BRIEFING SCHEDULE FOR LG DISPLAY'S MOTION FOR LEAVE TO AMEND** |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

MASTER FILE NO. 3:07
MD-1827 SI

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR LG'S MOTION FOR LEAVE TO AMEND

1  *SB Liquidation Trust v. AU Optronics Corporation, et al., Case No. 10-cv-05458 SI*

2

3  *Tracfone Wireless, Inc. v. AU Optronics Corporation, et al., Case No. 10-cv-03205 SI*

4  *Costco Wholesale Corporation v. AU Optronics Corporation, et al., Case No. 11-cv00058 SI*

5

6  *Motorola Mobility, Inc. v. AU Optronics Corporation, et al., C 09-5840 SI*

7

8  *AT&T Mobility LLC, et al. v. AU Optronics Corporation, et al., No. 3:09-cv-4997 SI*

9  *State of Florida v. AU Optronics Corporation, et al., Case No. 10-cv-3517 SI.*

10

11  *State of Missouri, et al. v. AU Optronics Corporation, et al., Case No. 10-cv-03619 SI*

12

13  *State of Oregon, ex rel John Kroger, Attorney General v. AU Optronics Corporation, et al., Case No. 3:10-4346 SI*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

MASTER FILE NO. 3:07
MD-1827 SI

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR LG'S MOTION FOR LEAVE TO AMEND

Defendants LG Display America, Inc. and LG Display Co., Ltd. (collectively, "LG Display") and the Direct Action Plaintiffs ("DAPs") and State Attorneys General ("AGs") in the above captioned actions stipulate as follows:

WHEREAS LG Display filed a Motion for leave to amend their respective Answers and to add Additional Defenses and a Counterclaim for Declaratory Relief in *Best Buy Co., Inc., et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-04572 SI, *Electrograph Systems, Inc., et al. v. Epson Imaging Devices Corporation, et al.*, Case No. 10-cv-00117 SI, *Target Corp., et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-04945 SI, *Alfred H. Siegel, As Trustee of the Circuit City Stores, Inc. Liquidating Trust v. AU Optronics Corporation, et al.*, Case No. 10-cv05625 SI, *SB Liquidation Trust v. AU Optronics Corporation*, et al., Case No. 10-cv-05458 SI, *Tracfone Wireless, Inc. v. AU Optronics Corporation, et al.*, Case No. 10-cv-03205 SI, *Costco Wholesale Corporation v. AU Optronics Corporation*, et al., Case No. 11-cv00058 SI, *Motorola Mobility, Inc. v. AU Optronics Corporation, et al.*, C 09-5840 SI , *AT&T Mobility LLC, et al. v. AU Optronics Corporation, et al.*, No. 3:09-cv-4997 SI, *State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517 SI, *State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-03619 SI, *State of Oregon, ex rel John Kroger, Attorney General v. AU Optronics Corporation, et al.*, Case No. 3:10-4346 SI pursuant to Rule 15(a) of the Federal Rules of Civil Procedure on March 22, 2012 (hereafter, "LG Display's Motion to Amend");

WHEREAS the DAPs and AGs are currently required to file their Opposition to LG Display's Motion to Amend on or before April 5, 2012;

WHEREAS the hearing on LG Display's Motion to Amend is scheduled to be to be heard on May 18, 2012;

WHEREAS the parties desire to continue the briefing schedule for LG Display's Motion to Amend until after the April 20, 2012 hearing on duplicative recovery in the Indirect Purchaser Plaintiff case, and believe that a continuance will allow for more efficient use of the Court's and the parties time by potentially streamlining issues for resolution;

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

MASTER FILE NO. 3:07
MD-1827 SI

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR LG'S MOTION FOR LEAVE TO AMEND

IT IS HEREBY STIPULATED AND AGREED by the undersigned DAPs, AGs, and LG Display, by and through their undersigned liaison counsel and subject to the concurrence of the Court, as follows:

(1) The time for the undersigned DAPs and AGs served with LG Display's Motion to Amend to file their Oppositions to LG Display's Motion shall be extended to and including April 27, 2012.  The DAPs shall file a single opposition brief to LG Display's Motion to Amend.

(2) LG Display's time to file its Reply(ies) in support of its Motion shall be extended to and including May 8, 2012.

DATED:  April 5, 2012

By:  /s/  Joshua C. Stokes

*Liaison Counsel for Direct Action Plaintiffs and Counsel for Motorola Mobility, Inc.; AT&T Mobility, LLC; AT&T Corp.; AT&T Services, Inc.; BellSouth Telecommunications, Inc.; Pacific Bell Telephone Company; AT&T Operations, Inc.; AT&T DataComm, Inc.; Southwestern Bell Telephone Company; Target Corporation; Sears, Roebuck and Co.; Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; RadioShack Corporation; and Newegg Inc.*

**Jerome A. Murphy** (*pro hac vice*)
**Jeffrey H. Howard** (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 623-2500
Facsimile: (202) 628-5116
Email: jmurphy@crowell.com
Email: jhoward@crowell.com

**Jason C. Murray** (CA Bar No. 169806)
**Joshua C. Stokes** (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5582
Facsimile: (213) 622-2690
Email: jmurray@crowell.com
Email: jstokes@crowell.com

**R. Bruce Holcomb** (*pro hac vice*)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
Telephone: (202) 580-8820
Facsimile: (202) 580-8821
Email: holcomb@adamsholcomb.com

| | |
|---|---|
| *Counsel for SB Liquidation Trust* | By:  /s/  David H. Orozco<br>DIAMOND McCARTHY LLP<br>**Allan Diamond, Esq.**<br>**James D. McCarthy, Esq.**<br>**Jason Fulton, Esq.**<br>909 Fannin, Suite 1500<br>Houston, Texas 77010<br>Telephone:     (713) 333-5104<br>Facsimile:      (713) 333-5199<br>Email: adiamond@diamondmccarthy.com<br>           jmccarthy@diamondmccarthy.com<br>           jfulton@diamondmccarthy.com<br><br>SUSMAN GODFREY LLP<br>**Marc M. Seltzer, Esq.**<br>**Ryan C. Kirkpatrick, Esq.**<br>**David H. Orozco, Esq.**<br>**Steven G. Sklaver, Esq.**<br>1901 Avenue of the Stars<br>Suite 950<br>Los Angeles, CA 90067-6029<br>Telephone :     (310) 789-3100<br>Facsimile:       (310) 789-3150<br>Email:  mseltzer@susmangodfrey.com<br>  rkirkpatrick@susmangodfrey.com<br>  dorozco@susmangodfrey.com<br>  ssklaver@susmangodgrey.com |
| *Counsel for Plaintiffs Alfred H. Siegel, as Trustee of the Circuit City Stores Inc. Liguidating Trust* | By: /s/ Jonathan Ross<br>**Jonathan Ross**<br>SUSMAN GODFREY LLP<br>1000 Louisiana, Ste, 5100<br>Houston, TX 77002<br>Telephone: (713) 653-7813<br>Facsimile:  (713) 654-6666 |

| | | |
|---|---|---|
| 1 | | By: /s/ *Philip J. Iovenio* |
| 2 | *Counsel for Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp.* | BOIES, SCHILLER & FLEXNER LLP<br>**William A. Isaacson** (admitted pro hac vice) |
| 3 | | Boies, Schiller & Flexner LLP<br>5301 Wisconsin Ave. NW, Suite 800 |
| 4 | | Washington, D.C. 20015<br>Telephone: (202) 237-2727 |
| 5 | | Facsimile: (202) 237-6131<br>Email: wisaacson@bsfllp.com |
| 6 | | |
| 7 | | BOIES, SCHILLER & FLEXNER LLP<br>**Philip J. Iovieno** (admitted pro hac vice) |
| 8 | | 10 North Pearl Street<br>4th Floor |
| 9 | | Albany, NY 12207<br>Telephone: 518-434-0600 |
| 10 | | Facsimile: 518-434-0665<br>Email: piovieno@bsfllp.com |
| 11 | | |
| 12 | | By: /s/ *David B. Esau* |
| | *Counsel for Plaintiffs Tracfone Wireless, Inc.* | CARLTON FIELDS<br>**James Blaker Baldinger, Esq.** |
| 13 | | **David B. Esau, Esq.** |
| 14 | | CityPlace Tower, Suite 1200<br>525 Okeechobee Boulevard |
| 15 | | West Palm Beach, FL 33401<br>Telephone : (561) 659-7070 |
| 16 | | Facsimile: (561) 659-7368 |
| 17 | | Email: jbaldinger@carltonfields.com<br>  desau@carltonfields.com |
| 18 | | |
| 19 | | CARLTON FIELDS<br>**Robert L. Ciotti, Esq.** |
| 20 | | 4221 W Boy Scout Boulevard<br>10th Floor - Corporate Center III |
| 21 | | Tampa, FL 33067-5736<br>Telephone : (813) 223-7000 |
| 22 | | Facsimile: (813) 229-4133<br>Email: rciotti@carltonfields.com |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | | |
| 2 | *Counsel Counsel for Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; Best Buy.com, LLC; and Magnolia Hi-Fi, Inc.* | By: /s/ *Roman M. Silberfeld*<br>**Roman M. Silberfeld**<br>**David Martinez**<br>ROBINS, KAPLAN, MILLER & CIRESI LLP<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA  90067-3208<br>Telephone:     (310) 552-0130<br>Facsimile:     (310) 229-5800<br><br>rkirkpatrick@susmangodfrey.com<br>dorozco@susmangodfrey.com<br>ssklaver@susmangodgrey.com |
| 9 | | |
| 10 | *Counsel for Plaintiffs Costco Wholesale Corporation* | By: /s/ *David J. Burman*<br>**David J. Burman**<br>PERKINS COIE LLP<br>1201 Third Avenue<br>Suite 4800<br>Seattle, WA 98101-3099<br>Telephone:     (206) 359-8000<br>Facsimile:     (206) 359-9000 |
| 17 | | |
| 18 | *Attorneys for Plaintiff State of Florida* | By: /s/ *Nicholas J. Weilhammer*<br>**Nicholas J. Weilhammer**<br>STATE OF FLORIDA<br>Pro Hac Vice<br>Office of the Attorney General<br>State of Florida<br>PL-01, The Capitol<br>Tallahassee, FL 32399-1050<br>Tel:  (850) 414-3300<br>Fax:  (850) 488-9134 |
| 24 | *Attorneys for Plaintiff State of Missouri* | By: /s/ *Anne E. Schneider*<br>**Anne E. Schneider**<br>STATE OF MISSOURI<br>Assistant Attorneys General<br>Missouri Attorney General Office<br>P. O. Box 899<br>Jefferson City, MO 65102 |

| | | |
|---|---|---|
| 1 | | |
| 2 | *Attorneys for Plaintiff State of Arkansas* | By: /s/ *Kevin Wells* |
| | | **Kevin Wells** |
| 3 | | STATE OF ARKANSAS |
| 4 | | Assistant Attorney General |
| | | Arkansas Attorney General Office |
| 5 | | 323 Center Street, Suite 500 |
| | | Little Rock, AR  72201 |
| 6 | | |
| 7 | | By: /s/ *M. Elizabeth Lippitt* |
| 8 | *Attorneys for Plaintiff State of Michigan* | **M. Elizabeth Lippitt** |
| | | STATE OF MICHIGAN |
| 9 | | Assistant Attorney General |
| | | Michigan Attorney General Office |
| 10 | | Corporate Oversight Division |
| | | 525 West Ottawa Street, 6th Floor |
| 11 | | Lansing, MI 48933 |
| 12 | | |
| 13 | | By: /s/ *Douglas L. Davis* |
| | *Attorneys for Plaintiff State of West Virginia* | **Douglas L. Davis** |
| 14 | | STATE OF WEST VIRGINIA |
| | | Assistant Attorney General |
| 15 | | West Virginia Attorney General Office |
| | | 812 Quarrier St., First Floor |
| 16 | | Charleston, WV  25301 |
| 17 | | |
| 18 | | By: /s/ *Gwendolyn J. Cooley* |
| | *Attorneys for Plaintiff State of Wisconsin* | **Gwendolyn J. Cooley** |
| 19 | | STATE OF WISCONSIN |
| | | Assistant Attorney General |
| 20 | | Wisconsin Department of Justice |
| | | PO Box 7857 |
| 21 | | Madison, WI 53707 |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-6-

MASTER FILE NO. 3:07
MD-1827 SI

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR LG'S MOTION FOR LEAVE TO AMEND

| | |
|---|---|
| *Attorneys for Plaintiff State of Oregon* | By: /s/ *Michael E. Haglund*<br>**Michael E. Haglund** (pro hoc vice)<br>**Michael K. Kelley** (pro hoc vice)<br>STATE OF OREGON<br>HAGLUND KELLEY JONES & WILDER LLP<br>Special Assistant Attorneys General for the State of Oregon<br>200 SW Market Street, Suite 1777<br>Portland, Oregon 97201<br><br>**Tim D. Nord, OSB No. 882800**<br>Oregon Senior Assistant Attorney General<br>1162 Court Street, NE<br>Salem, OR 97301-4096<br>Telephone: (503) 943-4400<br>Facsimile: (503) 225-1257 |
| *Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc.* | By: /s/ *Lee F. Berger*<br>**Holly A. House** (SB# 136045)<br>hollyhouse@paulhastings.com<br>**Kevin C. McCann** (SB# 120874)<br>kevinmccann@paulhastings.com<br>**Sean D. Unger** (SB# 231694)<br>seanunger@paulhastings.com<br>PAUL HASTINGS LLP<br>55 Second Street<br>Twenty-Fourth Floor<br>San Francisco, CA 94105-3441<br>Telephone: (415) 856-7000<br>Facsimile: (415) 856-7100<br><br>**Lee F. Berger** (SB# 222756)<br>leeberger@paulhastings.com<br>PAUL HASTINGS LLP<br>875 15th Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 551-1772<br>Facsimile: (202) 551-0172<br><br>**Gregory J. Weingart (State Bar No. 157997)**<br>**Hailyn J. Chen (State Bar No. 237436)**<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue<br>Los Angeles, CA 90071-1560<br>Telephone:    (213) 683-9100<br>Facsimile:    (213) 687-3702 |

| | |
|---|---|
| 1 | |
| 2 | **Michael R. Lazerwitz** (pro hac vice)<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 3 | One Liberty Plaza<br>New York, NY 10006 |
| 4 | Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999 |

**IT IS SO ORDERED.**

DATED: April ~~6~~ 2012

_____
Hon. Susan Illston, United States District Judge

Attestation: The filer of this document attests that the concurrence of the signatories thereto has been obtained.

DCACTIVE-18025086.4

-8-

MASTER FILE NO. 3:07
MD-1827 SI

CROWELL & MORING LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR LG'S MOTION FOR LEAVE TO AMEND