1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-01827 SI (N.D. Cal.) |
| | MDL No. 1827 |
| | Case No. 3:10-cv-03205-SI |
| *TracFone Wireless, Inc. v. AU Optronics Corp., et al.*, 3:10-cv-03205-SI | [~~PROPOSED~~] ORDER OF DISMISSAL |

1  The Court, having considered the stipulation of the parties, and good cause appearing
2  therefor, orders as follows:

3   1. The claims asserted by Plaintiff TracFone Wireless, Inc. ("TracFone") against
4  Defendant Epson Imaging Devices Corporation are dismissed with prejudice pursuant to Rule
5  41(a)(2) of the Federal Rules of Civil Procedure. This dismissal does not affect the rights or
6  claims of TracFone against any other defendant or alleged co-conspirator in the above-captioned
7  litigation.

8   2. Each party shall bear its own costs and attorneys' fees.

9  **IT IS SO ORDERED.**

10  Dated: _____5/21_____, 2014

  _____
  Hon. Susan Illston, United States District Judge